UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT CARLTON, No. 2:09-cv-00409-MCE-GGH

    Plaintiff,

  v. **ORDER RE: SETTLEMENT AND DISPOSITION**

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

Pursuant to the representations of the attorney for Defendant, the Court has determined that this case is settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before May 1, 2009.

Failure to comply with this Order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this Order.

IT IS SO ORDERED.

Dated: April 3, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE