Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CARLTON, | Case No.  09-CV-00409-MCE-GGH |
| Plaintiff, | |
| vs. | STIPULATION TO DISMISS WITH PREJUDICE; ORDER |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

Plaintiff, ROBERT CARLTON, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on February 11, 2009.  NCO filed its responsive pleading on March 16, 2009.  The parties subsequently resolved the action in its entirety.  As part of said resolution, the parties agree to dismiss the entire action with prejudice.

///

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 4/27/09          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Albert R. Limberg
Albert R. Limberg,
Attorney for Defendant,
NCO Financial Systems, Inc.

Dated: 4/27/09          KROHN & MOSS, LTD.

/s/ Ryan Lee
Ryan Lee,
Attorney for Plaintiff,
Robert Carlton

IT IS SO ORDERED.

DATED: June 2, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation to Dismiss With Prejudice

PDF created with pdfFactory trial version www.pdffactory.com